**In re Independent Counsel
Kenneth W. STARR.**

No. LR–M–97–91.

United States District Court,
E.D. Arkansas,
Western Division.

Oct. 2, 1997.

*ORDER*

REASONER, Chief Judge.

Presently pending before the Court is the petition of the complainant that I recuse in this matter. I decline to do so.

The basis of complainant's request for recusal is an assertion that I supported opponents of President Clinton in political races in Arkansas which occurred from 11 to 16 years ago. First, I would observe that this is a complaint by the complainant, Francis T. Mandanici, against Independent Counsel. I am unaware of any involvement or interest by President Clinton in it, nor have I seen any evidence of that. More to the point, however, I have handled cases during my tenure on this bench in which President Clinton, as governor, was interested[1], and was not asked by him to recuse. Consequently, even if the President were interested in this matter, I have difficulty in understanding Mr. Mandanici's justification to ask for my recusal now.

Accordingly, I decline to recuse in this matter.

---

1. *Edgerson on Behalf of Edgerson v. Clinton,* 86 F.3d 833 (8th Cir.1996); *Johnson v. Lockhart,* 941 F.2d 705 (8th Cir.1991); *Fallon v. Lockhart,* 919 F.2d 1304 (8th Cir.1990); *Wicker v. Goodwin,* 813 F.Supp. 676 (E.D.Ark.1992).